App. Div.]      Third Department, June, 1907.

Respondent, v. Commonwealth Trust Company of New York and Others, Defendants, Impleaded with Charles W. Wetmore and Charles F. Brooker, Appellants. — Interlocutory judgment unanimously affirmed, with costs, with leave to defendant to answer on payment of costs in this court and in the court below. No opinion.

Sarah Middleworth, Respondent, v. Mary M. Ordway, Appellant.— Interlocutory judgment affirmed, with costs, with usual leave to defendant on payment of costs of this appeal and in the judgment appealed from to withdraw demurrer and answer. No opinion. All concurred.

In the Matter of the Applications of Hartley Folmsbee and Abram Sponable, Respondents, v. William D. Allen, as Receiver, etc., of Rumsey-Williams Company, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Proving the Last Will and Testament and Codicils Thereto of Patrick Dugan, Deceased. Robert Kearney, Appellant; John Kavanagh, as Executor, etc., of Patrick Dugan, Deceased, and Others, Respondents.— Decree unanimously affirmed, with costs. No opinion.

In the Matter of the Application of Ira E. Betts, Respondent, Appellant, to Alter and Lay Out a New Highway in the Town of Delhi, Delaware County, New York, and the Assessment of Damages Therefor. John Wilson, Commissioner of Highways of the Town of Delhi, Delaware County, New York, Appellant, Respondent.— Order unanimously affirmed, without costs. No opinion.

William Martin, Appellant, v. Leak Fur Manufacturing Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion.

In the Matter of the Final Judicial Settlement of the Accounts of Lillie Fritcher, as Administratrix de Bonis Non of Isabelle Fritcher, Late of the Town of Sharon, Schoharie County, New York, Deceased, Respondent. Alfred Posson, Appellant.— Final order unanimously affirmed, with costs. No opinion.

In the Matter of the Probate of the Last Will and Testament of Charlotte E. Finch, Deceased. Raymond B. Ketchum and Roy F. Ketchum, Appellants; Charles R. Finch and Others, Respondents.— Decree unanimously affirmed, with costs. No opinion.

Lena A. Nellis, Respondent, v. Fred G. Gorton and Charles R. Gorton Appellants.— Order for extra allowance reversed, with ten dollars costs. Judgment modified by striking out extra allowance, and as so modified judgment and order denying new trial affirmed, with costs. No opinion. All concurred, except Cochrane, J., dissenting on the ground that the verdict is excessive.

James Noonan, Respondent, v. Schenectady Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

James F. O'Gorman, Respondent, v. Armour & Company, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. No opinion.

James F. O'Gorman, Respondent, v. Armour & Company, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred, except Kellogg and Cochrane, JJ., dissenting.

Charles M. Page, Respondent, v. Mary A. Page, Appellant, Impleaded with John D. Sill and Others.— Judgment unanimously affirmed, with costs. No opinion.